THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTO LATRONA, Appellant.

Appeal from a judgment of the Supreme Court, rendered on the 19th day of November, 1907, convicting the defendant of manslaughter, and also from an order denying the defendant's motion for a new trial.

PER CURIAM: This case presented only a question of fact for the jury, and the jury having decided it adversely to the defendant, there is no reason for disturbing their conclusion. The judgment should be affirmed. Present — Ingraham, McLaughlin, Laughlin, Houghton and Scott, JJ. Judgment and order affirmed.

---

In the Matter of the Application of the City of New York, Appellant, v. The Unsafe Building, No. 159 Maiden Lane. Bentley W. Warren and Others, Executors and Trustees under the Last Will and Testament of William F. Milton, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William Ehrlich, Respondent, v. Lewis Realty and Construction Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Bessie M. V. Caffry, as Executrix of Frank L. Caffry, Deceased, Appellant, v. John L. Wilkie, as Executor, etc., of John W. Caffry, Deceased, and Others, Respondents, Impleaded with Bessie M. V. Caffry.— Judgment affirmed, with costs. No opinion.

Ida L. Burgess (nee Ida L. Kober), by Her Guardian ad Litem, Jacob Kober, Respondent, v. Borden's Condensed Milk Company, Appellant.— Judgment affirmed, with costs. No opinion. Ingraham, J., dissented.

Veryl Preston, Respondent, v. Union Assurance Society, Appellant.— Judgment reversed, new trial ordered before another referee, with costs to appellant to abide event, on the authority of Preston v. Ætna Ins. Co. (193 N. Y. 142). Settle order on notice.

Grace E. Barnes, Respondent, v. New York City Railway Company (Sued as Interurban Street Railway Company), Appellant.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,500, in which event judgment as so modified and order affirmed, without costs. No opinion. Settle order on notice.

August Bauscher and Conrad Bauscher, Appellants, v. Gabriel Abukalil, Respondent.— Judgment affirmed, with costs. No opinion.

Josephine Pistamiglio, Respondent, v. Jeannette Burchell, Appellant.— Judgment and order affirmed, with costs. No opinion.

Patrick M. Carolan and Others, as Executors, etc., of Neal O'Donnell, Deceased, Respondents, v. Thomas Bracken, Appellant.— Judgment and order affirmed, with costs. No opinion.

Henry S. Mack, Respondent, v. Hugo S. Mack, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion.

Marco Castagna, Appellant, v. Robert P. Lawless and Others, Respondents.— Judgment and order affirmed, with costs. No opinion.